FILED

2017 Feb-23  PM 12:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| AHMED ABDULLAHI MOHAMED, | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | Case No.  4:17-cv-00047-LSC-TMP |
| JEH C. JOHNSON, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

## MEMORANDUM OPINION

On February 2, 2017, the magistrate judge filed his Report and Recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed as moot.  To date, no objections have been filed by either party.  On February 13, 2017, the copy of the Report and Recommendation sent to the petitioner was returned as undeliverable.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED.  Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be DISMISSED as MOOT. An order of final judgment will be entered contemporaneously herewith.

Done this <u>23rd</u> day of <u>February 2017</u>.

_____

L. Scott Coogler

United States District Judge

[160704]
